| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 6:23-CR-00106-JFH-1 |
| | ) | |
| LAWRENCE FOURKILLER | ) | |

**DEFENDANT LAWRENCE FOURKILLER'S
SENTENCING MEMORANDUM—LETTERS IN SUPPORT**

Mr. LAWRENCE FOURKILLER, pursuant to Fed. R. Crim. P. 32,

respectfully submits the attached three letters in support of his forthcoming

sentencing hearing.

Date:        October 23, 2024

Respectfully submitted,

**_s/Serguel M. Akiti_**
Serguel M. Akiti, Esq.
D.C. Bar # 1631134
sakiti@lowtherwalker.com

**_s/Murdoch Walker, II._**
Murdoch Walker, II., Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

**_s/Thomas M. Wright_**
Thomas M. Wright, Esq.
Okla. Bar # 20378
tom@wswlaw.com

Wright Stout & Wilburn
PO Box 707
Muskogee, OK 74402
918.682.0091

Attorneys for Defendant
Lawrence Fourkiller

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA
MUSKOGEE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 6:23-CR-00106-JFH-1 |
| | ) | |
| LAWRENCE FOURKILLER | ) | |

**CERTIFICATE OF SERVICE**

I certify that on October 23, 2024, I electronically filed the foregoing

DEFENDANT LAWRENCE FOURKILLER'S SENTENCING MEMORANDUM -

LETTERS IN SUPPORT with the Clerk of the United States District Court for the

Eastern District of Oklahoma by way of the CM/ECF system, which

automatically will serve this document on the attorneys of record for the parties

in their case by electronic mail.

Date:        October 23, 2024

Respectfully submitted,

_s/Serguel M. Akiti_
Serguel M. Akiti, Esq.
D.C. Bar # 1631134
sakiti@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

April 15, 2024


Re: Lawrence Fourkiller


To Whom it May Concern,

I had previously written a Character Letter on Lawrence's behalf dated July 20, 2023. At that time, I honestly thought this awful chapter in his and his family's life as well as the accusers would be over by now. I have steadfastly stood by Lawrence and His family and will continue to do so, even with Lawrence's voluntary plea.

The following is an excerpt from my previous character letter;
"I know words on a page are just words, and it is hard for me to truly explain what a good person Lawrence is. You just must be around him for a little while before you understand what I mean about "patient" and "gentle spirit". To truly know a person, you first must witness them go through different events and trials in their lives and how they conduct themselves when they don't realize you are watching. That is a human trait we all have, we are "people watchers" or at least I am, and over the past 20+ years knowing Lawrence he carries himself with respect and respect of others and those around him, he carries with him that patience of Job, he carries with him that gentle spirit. All this I have gleaned from watching, during church events, community events, sporting events, and being on mission trips with Lawrence and his family."

Considering the recent events and the plea of guilty that was entered, I still wholeheartedly stand by what I said previously. Lawrence possesses that patient and gentle spirit, I have never known him not to be kind, gentle and caring for others. Out of all the members of our church, Lawrence came to our home and brought food to our family and to check on us a couple days last June after I had a major surgery. No one else came from our congregation but Lawrence did, that shows me that he puts others before himself and Lawrence has always done that.

When we were notified of Lawrence's intentions to take the plea deal, I personally was shocked, I wanted him to fight ! Fight for his rights, for his voice to be heard, for his side to be told, for our support to be shown. Now that he has entered that plea, made that momentous decision that I am sure was the hardest decision of his life, shows Lawrence's patient and gentle spirit. The spirit that dwells inside him that reminds him (and those that are born again believers) of what Christ did for us on the cross. I am sure heavy conviction has come upon Lawrence's heart and life if he has chosen to enter a plea that will change the course of not only his life but the the lives of his family. Lawrence is the type of person that I believe would not want any more undue hurt and turmoil to come out of a long-drawn court trial. To put his family and those of the accusers through no doubt a living nightmare. Unfortunately, social media and busy bodies in our community has created enough of a nightmare for Lawrence's family.

I pray that this character letter makes some sense to those in authority who will be reading it. it is hard to explain on paper exactly how I view Lawrence, how I see his character. Honestly this has been a struggle to write, not that I don't support Lawrence or his family, I always will. But what is on my heart is this, I feel Lawrence hasn't fought to get out of incarceration because he feels if he is removed from society, he won't be viewed as a threat any longer. That healing can begin on both sides, that God shut the mouths of the lions, all this knowing the cost would be his life away from his family. That speaks to his character

in a positive way as hard as it has been and will be for all of them.  I pray complete healing can begin for everyone involved, whether it be physical, mental or  spiritual.

Thank you for your time and consideration.

Respectfully submitted,

Tammy Paden

23-1522

My name is Timothy and I would like to
speak a moment to the court and anyone
who pleases to hear, I would like to speak on
the charter of Lawrence Fourkiller and the
figure of man he is, and his Faith in Jesus Christ.
So I met Mr. Fourkiller in September of 2023,
upon meeting him, he had a warm welcoming
charter about him, a charter that this man is
a genuine in wanting to help other, He gives his time
in giving the LORD's word Monday thru Friday every
day to inmates that he watches some of them walk
out of Bible study (church) to start doing things
the LORD speaks against, Just for him to return the
next day to give the word of God again, Knowing
that he may not even be heard. Mr. Fourkiller
as well gives out of his own pocket to make
sure others (inmates) have things, such as welcoming
gifts or Just a heart felt warming Gift, showing
a man who maybe feeling alone or even scared
some one cares enough to notice them and show
them a Warming Smile and a lovely conversation.
I've seen Mr. Fourkiller give food to other inmates
to help feed them, Knowing we all are going hungry
in here not getting enough to eat, but him trust
in The LORD his Savior to substain him, Just to
make sure someone else doesn't suffer. I've

seen Mr. Fourkiller give up his time of doing something to set and listen to an Inmate speak or vent or get even angry, Just to be that Loving Preacher for a man to cry out to, (one being myself), ~~Just to~~ then to see the person walk away uplift and knowing someone cared. Mr. Fourkiller's figure of a man or personality is so Joyfull to be around he is a man who keeps other inmates smiling and laughing the kinda man that will set down at a table to learn a new card game, not for the card game but to make sure no one at that time is Struggling or needing prayer. Just to be a friend... I've heard Mr. Fourkiller Lifting other inmates up in prayer to bridge a gap between them and God. I've also watched him grow in his faith and walk with the LORD in breaking free of the chains of religion and sin Making him even more of a meek servant for Christ. Mr. Fourkiller has helped so many of ~~us~~ the Inmates even myself in this Pod, all the while us knowing he is suffering and going through his own battles, but putting them aside to help others. That is a true faithful Man of God. I'm not sure of the Man Mr. Fourkiller was before Jail, besides seeing from video calls with his wife and daughters, being a huge family man and an amazing dad to his children, and a loving husband to a amazing sounding wife who stands for

him and their family and Church. I do know the Man
that I have watched grow and change inside this
Pod and seeing that in being locked down with
a man 24/7 is saying this man Must only be a
true loving Child of God, I would like to close in
saying thank you for your time in hearing, and ask
the court to be lead with God in their hearts on
sentencing Mr FourKiller not to a time of 35 years
but to allow God to truly guide you in the time given
here, because I believe God is not ask for such a
great servant to be locked away from Society for
such amount of time, knowing if he can have an impact
on men Society deems unfit, I know God will use him
to make Society a better more loving place. I also know
we all can see our Society needs more disciples as the man
that stands before you today, not the man that was put in
Jail. ~~This man~~ ~~stands~~ ~~up~~ ~~this~~
~~stand~~.

Again I would like to thank you for your time in
hearing and I pray God will lead your heart in
this matter of sentencing, Thank you.

Vivian Goodrich
PO Box 1027
Stilwell, OK 74960
vagoodr@yahoo.com


April 11, 2024

To Whom It May Concern,

I have known Lawrence Fourkiller through church for over ten years. We started attending the same church where him and his family were already members. Our family and his have been on a couple of mission trips with our church and I've observed him working and caring for the people in need. He has always been friendly, polite, and I consider him a good friend. I was both troubled and surprised to hear of the case against him because he has always been a solid person. It's for this reason I am happy to write a character letter for Lawrence. I understand the seriousness of this conviction and have been praying for everyone this has affected.

Lawrence Fourkiller is, in short, a good person whom I consider a friend. He has been kind and generous with others, and has a strong sense of duty, which applies to his family, community and church. He is a very present husband and father who loves his family. He also is available to help where there is a need at church no matter what that need is. I have heard from our pastor that Lawrence is having bible studies with other inmates along with helping them study for their GED. This is who I know that Lawrence is.

I feel Lawrence possesses a great deal of integrity and constantly strives to make sure he is doing the right thing and I hope this letter gives you some idea on the person he is when time for his sentencing.


Sincerely,

Vivian Goodrich