## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff*, v. **LAWRENCE FOURKILLER,** *Defendant*. | Case No. 23-CR-106-JFH |

### MOTION FOR ADDITIONAL ONE LEVEL REDUCTION
### FOR ACCEPTANCE OF RESPONSIBILITY

**COMES NOW,** the plaintiff, the United States of America, by and through Christopher J. Wilson, United States Attorney, and Caila M. Cleary, Assistant United States Attorney, and moves this Honorable Court to grant an additional one level reduction in the advisory guideline sentence range for timely acceptance of responsibility thereby permitting the government to avoid preparing for trial and allowing the Court to allocate its resources efficiently pursuant to U.S.S.G. § 3E1.1(b).

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/    *Caila M. Cleary*
CAILA M. CLEARY, NY Bar # 5587951
Assistant United States Attorney
Attorney for the Plaintiff
520 Denison Avenue
Muskogee, Oklahoma 74401
Telephone: (918) 684-5100
Fax: (918)684-5150
Caila.Cleary@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Thomas Wright, Murdoch Walker, II, and Serguel Mawuko Akiti, Counsel for Defendant.

        s/ *Caila M. Cleary*
           CAILA M. CLEARY
           Assistant United States Attorney